**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00478-CV**
_____

**MONICA EDMONSON, Appellant**

**V.**

**XORE CAPITAL, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 25CCCV0926**

_____

**MEMORANDUM OPINION**

On November 1, 2025, Monica Edmonson filed a notice of appeal from a final judgment in an eviction case. After perfecting an appeal, Edmonson failed to file a brief.

On May 12, 2026, the Clerk of the Ninth Court of Appeals notified the parties that Edmonson had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by Friday, May 22, 2026, Edmonson filed a brief and a motion to extend the deadline for filing her brief. We warned Edmonson that

1

if the Court submitted her appeal without briefs that the Court could dismiss her appeal for want of prosecution.

On June 10, 2026, the Clerk notified the parties that on Wednesday, July 1, 2026, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Edmonson has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss the appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 1, 2026
Opinion Delivered July 2, 2026

Before Golemon, C.J., Wright and Chambers, JJ.